| | |
|---|---|
| BLANCA F. YOUNG (SBN 217533)<br>Blanca.Young@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>HAILYN J. CHEN (SBN 237436)<br>Hailyn.Chen@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Attorneys for Petitioner<br>LINDA LEE SMITH | EDMUND G. BROWN, JR.<br>ATTORNEY GENERAL OF CALIFORNIA<br>PHILLIP LINDSAY<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br>KIM AARONS<br>DEPUTY ATTORNEY GENERAL<br>(SBN 213480)<br>110 West A Street, Suite 1100<br>San Diego, CA 92101<br>Telephone: (619) 525-4398<br>Facsimile: (619) 645-2581<br><br>Attorneys for Respondent<br>DAWN DAVISON |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE SMITH,<br>　　　　Petitioner,<br>vs.<br>DAWN DAVISON, WARDEN OF THE CALIFORNIA INSTITUTION FOR WOMEN,<br>　　　　Respondent. | CASE NO. CV 09-4683-JHN (RC)<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties and Federal Rule of Procedure 41(a), this case is hereby dismissed with prejudice as to Petitioner and the action is terminated. Each party shall bear its own costs.

DATED: Aug. 7, 2010

_____
Hon. Rosalyn M. Chapman
United States Magistrate Judge

11605503.1

- 1 -

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE
CV-09-4683-JHN (RC)